IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION


CONSTANCE L. MELLANG                                                    PLAINTIFF


        v.                          CIVIL NO. 07-3002


MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                         DEFENDANT


**O R D E R**

On this 21st day of May, 2008, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

For reasons set forth in the Report and Recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on May 2, 2008, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $1,097.03, representing 5.00 attorney hours, at the hourly rate of $150.00, 4.60 paralegal hours, at the hourly rate of $65.00, and for $48.03 in expenses.

This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

IT IS SO ORDERED.


/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE


AO72A
(Rev. 8/82)